IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
AUG 28 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 13-30054-DRH |
| MACKENZIE A. LEONARD, | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

The parties hereby stipulate that, if this case proceeded to trial, the Government would prove the following beyond a reasonable doubt:

1. On February 4, 2013, Defendant Mackenzie A. Leonard and Co-Defendant Darren E. Everett, robbed the Commerce Bank in Columbia, Illinois, within the Southern District of Illinois, as previously planned. Leonard entered the bank while Everett waited in the car. Leonard disguised herself as an elderly lady by using liquid latex makeup which she layered around her eyes and nose to make wrinkles on her face. She also wore a gray wig with a yellow scarf over it into the bank. Leonard handed the teller a note that said something to the effect of "I have a gun. I demand money. No GPS. No dye pack." After the teller handed Leonard the money, $250 of which was bait money, Leonard left the bank. Thus, Leonard, with Everett's active participation, took the currency, which belonged to, and was in the care, custody, control, management and possession of Commerce Bank, by force, violence and/or intimidation.

2. The Commerce Bank in Columbia, Illinois, had its deposits insured by the Federal Deposit Insurance Corporation on February 4, 2013. The amount of money taken from the bank during the robbery was $1,782. Two of the $50 bait bills from the Commerce Bank robbery were later found in Everett's wallet.

3. Law enforcement officers, while investigating this bank robbery, eventually teamed up with law enforcement officers from Missouri who were investigating several bank

robberies in the Missouri area that they believed were related to the Commerce Bank robbery. As a result of the investigation, Leonard and Everett were located at a residence in Chesterfield, Missouri on February 8, 2013. Both individuals were transported to the Town and Country Police Department in Missouri and interviewed regarding the Commerce Bank robbery as well as other unsolved bank robberies in Missouri. Before being escorted to the Police Department, Everett gave law enforcement officers consent to search their residence and his vehicle which had been used in all of the bank robberies. He was also uncuffed so that he could direct the officers to items that had been used in the various bank robberies.

4. After waiving her *Miranda* rights, Leonard admitted committing the robbery of the Commerce Bank in Columbia, Illinois. She said that Everett and she chose that bank because it was close to the Mississippi River, and therefore they could get to Missouri quicker. She admitted giving the teller a note which indicated that she had a gun, later admitting that she carried a plastic toy gun that had been painted black to look like a real gun with her on all of the bank robberies she committed. Leonard said that, after she showed the notes to the tellers, she always put the note back into her purse and then put the money on top of the note to make sure she did not leave any fingerprints behind. Leonard indicated that she was also very careful not to leave fingerprints when she left the bank because she had been in trouble with the police in the past, and knew that the police would be able to identify her through her fingerprints. She said that Everett would have her go through the money to make sure there were no dye packs or GPS devices before counting it. She estimated that the robbery yielded approximately $1,700.

5. During the interview, Leonard also admitted that she and Everett committed an additional four (4) bank robberies in Missouri. She said that either she or Everett would disguise themselves in all of the robberies. Leonard identified the banks she and Everett robbed in Missouri, all of which had their deposits insured by the Federal Deposit Insurance Corporation at the time of the robbery, as follows:

      a.     Leonard said that Everett robbed the First Bank in Arnold, Missouri, on October 19, 2012, after he had scoped it out several times, while she waited in the car. She said that Everett used dark colored makeup, a black wig, glasses, and had a full mustache. She estimated that Everett stole approximately $7,400 from this bank. When shown a surveillance photograph of the suspect from this robbery, Leonard positively identified the individual as Everett. In Everett's voluntary interview, he added that he used a note to the effect of "I have a gun. I need both drawers." He said that he was carrying a fanny pack that held the fake black plastic gun, and that he put the money he received from the teller inside the same fanny pack. He also admitted saying "Go Cards!" before leaving the bank. Everett likewise estimated that he robbed First Bank of approximately $7,400. When shown a surveillance photograph of the suspect from this robbery, Everett positively identified the individual as himself.

      b.     Leonard said that she committed the next three (3) robberies in Missouri because Everett was afraid that he might be recognized. While she went inside the bank to commit the robberies, Everett waited inside the vehicle.

      c.     The next robbery occurred on December 3, 2012, at the U.S. Bank in St. Louis, Missouri. Leonard disguised herself as a black female and put towels under her clothes to make herself look heavier. She said that she gave the teller a note demanding money, and admitted that she showed a small portion of the black fake plastic gun in her purse to the teller so the teller could see it. When shown a surveillance photograph of the suspect from this robbery, Leonard positively identified the individual as herself. The U.S. Bank was robbed of $2,150 in United States Currency.

      d.     The third robbery occurred on December 13, 2012, at the Neighbor's Credit Union in St. Louis, Missouri. Leonard said that Everett conducted surveillance of the bank and area surrounding the bank prior to the robbery. She again disguised herself as a black female, putting dark makeup on her hands and face, and wearing a black wig, black glasses, black clothes, and fake braces on her teeth. She said, while going through the money stolen from

the bank, she found two (2) $20 bills that had either a dye pack or a GPS device on them so Everett burned the bills and threw them off an overpass. When shown a surveillance photograph of the suspect from this robbery, Leonard positively identified the individual as herself. The Neighbor's Credit Union was robbed of $9,087 in United States Currency.

      e.      The final Missouri bank robbery occurred on January 30, 2013, at First Bank in Town and Country, Missouri. She said that they were familiar with the area surrounding the bank because they had previously lived in the apartments behind the bank. Leonard wore the black wig Everett wore when he robbed the First Bank in Arnold, Missouri, and black rimmed glasses. She said that, when she gave the teller the note demanding money, the teller, who was an elderly lady, was very scared and backed up from the counter with her hands up. She said that this robbery gave her the idea to dress up as an elderly woman when she committed her next robbery. When shown a surveillance photograph of the suspect from this robbery, Leonard positively identified the individual as herself. The First Bank was robbed of $625 in United States Currency.

      6.      Leonard said that she and Everett read books that instructed them on how to commit bank robberies. Finally, she said that they kept the disguises, outfits, and notes used in the robberies in a pink suitcase in their residence.

      7.      Everett likewise waived his *Miranda* rights and provided a voluntary statement to law enforcement officers in which he also admitted that he and Leonard robbed the Commerce Bank in Illinois, as well as the four (4) banks in Missouri described by Leonard. He said that he was the driver for all five (5) of the robberies, and that he bought a black, plastic replica handgun for them to carry during the robberies. Everett's accounts of the five (5) bank robberies was consistent with Leonard's. Everett also said that all of the robberies involved several common themes: (1) he always cased the bank prior to the robbery to get an understanding of the layout and make sure no security guard was present, (2) the robberies were always committed during the week, (3) Leonard, he, and two (2) others were in the car during all of the bank robberies, (4)

Leonard created handwritten bank robbery notes which always included the threat of a gun and the demanding of money, (5) the robber always wore a wig and heavy makeup to disguise their identity, (6) the robber always carried the black, plastic gun so that it could be used as a "fear tactic" to aid in an escape if there was a confrontation. When shown surveillance photographs of the suspect from the December 3, 2012, U.S. Bank robbery in St. Louis, Missouri; the December 13, 2012, Neighbor's Credit Union robbery in St. Louis, Missouri; and the January 30, 2013, First Bank robbery in Town and Country, Missouri, Everett positively identified the photograph of the suspect from each of the robberies as Leonard. Everett said that the bank robbery disguises and the plastic gun were in their residence.

8. During the search of the residence, crime scene technicians found a pink suitcase in the master bedroom. The suitcase contained several wigs, jackets, make up, purses, and other miscellaneous items. Specifically related to the Commerce Bank robbery in Columbia, Illinois, officers recovered the gray wig, tan coat, yellow floral print scarf, dark colored purse with note inside and several pairs of dark colored pants which had been used by Leonard in the robbery (although it was not clear exactly which of the dark colored pants were worn). Two Idaho license plates were also found in the suitcase. There were three (3) notes found in the suitcase. One read "MONEY OR DIE!! BOTH DRAWERS" with "both drawers" underlined. The second read "I HAVE A GUN!! GIVE ME BOTH DRAWERS NOW!! NO GPS PACKS NO DIE PACKS NOW!" with "now" underlined. The third note read "Money or DIE . . . We have a gun! NO GPS NO DYE PACKS" with "die," "gun," and the rest of the note all underlined. There was also a handwritten diagram from the First Bank Robbery in Town and Country recovered from the pink suitcase. The black plastic handgun was also seized from the residence. Finally, officers found books related to bank robberies or a particular bank robber in the residence.

9. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

**SO STIPULATED:**

STEPHEN R. WIGGINTON
United States Attorney

/s/ Mackenzie A. Leonard
MACKENZIE A. LEONARD
Defendant

/s/ Angela Scott
ANGELA SCOTT
Assistant United States Attorney

/s/ Phillip J. Kavanaugh
PHILLIP J. KAVANAUGH
Attorney for Defendant

Date: 8-28-14

Date: 8/28/14